**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Angelica LISNEROS–GUERRERO, true name Angelica Lineros–Gerrero, Defendant–Appellant.**

No. 06–40605
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Angelica Lisneros–Guerrero (Lisneros) appeals her conviction and sentence following her guilty plea to possession with intent to distribute over five kilograms of cocaine in violation of 21 U.S.C. § 841. Lisneros argues for the first time on appeal that the holding in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), renders § 841(a) & (b) facially unconstitutional because Congress intended drug quantity and type to be a sentencing factor and the statute cannot be rewritten by the courts to correct the alleged unconstitutionality simply by treating drug quantity and type as elements of the offense. She correctly concedes that this issue is foreclosed by *United States v. Slaughter,* 238 F.3d 580, 582 (5th Cir. 2000). She raises it only to preserve further review by the Supreme Court. We are bound by our precedent absent an intervening Supreme Court decision or a subsequent en banc decision. *United States v. Short,* 181 F.3d 620, 624 (5th Cir.1999).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.